UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER O'ROURKE,

            Plaintiff,

-against-

B.O.B. KITCHEN LLC, and 1004 SECOND AVENUE PARTNERS LLC,

            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/11/2019_

19 Civ. 6159 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 11, 2019, the Court ordered Plaintiff to serve copies of its Order to Show Cause for Default and supporting papers by personal service upon an officer, a managing or general agent of Defendants by October 23, 2019. ECF No. 19. The Court further ordered Plaintiff to file on the docket (1) proofs of service, and (2) the supporting papers that were served upon Defendants, as an attachment to the proofs of service. *Id.*

    Plaintiff has not filed such proofs of service. Accordingly, it is hereby ORDERED that the default judgment hearing scheduled for December 12, 2019 is ADJOURNED *sine die*. By **December 20, 2019**, Plaintiff shall file a status letter indicating whether he continues to seek a default judgment.

    The Clerk of Court is directed to terminate the motion at ECF No. 18.

    SO ORDERED.

Dated: December 11, 2019
       New York, New York

                                      ANALISA TORRES
                                      United States District Judge