USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/13/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CHRISTOPHER O'ROURKE,

                Plaintiff,

-against-

B.O.B. KITCHEN LLC, and 1004 SECOND AVENUE PARTNERS LLC,

                Defendants.

19 Civ. 6159 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the COVID-19 pandemic, the show cause hearing scheduled for April 16, 2020 is ADJOURNED *sine die*.

    SO ORDERED.

Dated: April 13, 2020
        New York, New York

_____
ANALISA TORRES
United States District Judge